Entered: August 9th, 2021
Signed: August 9th, 2021

**SO ORDERED**



*Nancy V. Alquist*
**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Baltimore Division

IN RE:                                          Case No. 18-16947

CECELIA M. LOMAX                                Chapter 13
    Debtor

PROSPECT WALK AT LONGREACH
HOMEOWNERS ASSOCIATION, INC.
    Movant

v.

CECELIA M. LOMAX
    Respondent

### CONSENT ORDER FOR RELIEF FROM STAY
### AS TO PROPERTY KNOWN AS 5816 ALDERLEAF PLACE

This cause came before the Court on the Motion to Obtain Relief From Automatic

Stay filed by the Movant, and the parties having reached an agreement and consented to this

Order by their attorneys, it is therefore

ORDERED:

That the stay will remain in effect until the discharge of the Debtor or dismissal of

the case or conversion of the case to a Chapter 7 subject to the following conditions:

1. That the Debtor, Cecelia M. Lomax, will resume regular monthly payments in the

amount of $56.91 beginning August 1, 2021, as required by the Declaration and Bylaws of

Prospect Walk at Longreach Homeowners Association, Inc., the first payment to be received on

or before August 1, 2021, and each subsequent payment to be due on the 1st of the month and to be received no later than the 15th of each month thereafter. The amount of the payment is subject to change in accordance with the Declaration and Bylaws.

2. That the Debtor will make an additional monthly payment of $436.03 toward the arrearage until the balance of the post-petition arrearage is paid. The first such payment is to be received on or before August 1, 2021, and all subsequent payments to be received on or before the 15th of each month thereafter. The post-petition arrearage of $3,942.30 consists of:

| | |
|---|---|
| 18 payments @ $54.27 per month 07/2018 - 12/2019 | $976.86 |
| 12 payments @ $55.48 per month 01/2020 - 12/2020 | $665.76 |
| 7 payments @ $56.91 per month 01/2021 - 07/2021 | $398.37 |
| Interest @ 6% per annum thru 06/30/2021 | $183.71 |
| Management Administrative Fees thru 06/30/2021 | $140.00 |
| Collection Costs from 03/28/2019 thru 06/30/2021 | $259.60 |
| Attorney's Fees from03/28/2019 thru 06/30/2021 | $1,300.00 |
| Total | $3,924.30 |

3. All payments shall made directly to Prospect Walk at Longreach Homeowners Association, Inc., c/o Michael S. Neall & Associates, PC, at 147 Old Solomons Island Road, Suite 400, Annapolis, Maryland 21401.

4. Debtor's tendering of a check which is subsequently returned unpaid shall not constitute a "payment" as that term is used in Paragraphs 1 and 2 of this Order.

5. That if the Debtor fails to make any payment as scheduled, Movant, Prospect Walk at Longreach Homeowners Association, Inc., will mail a notice to Debtor, with a copy to Debtor's attorney, that the Debtor will have 10 days to cure the default. In the event that the Debtor fails to cure the default within 10 days of the date of the Notice, including any payments which become due during the notice period, or in the event the Debtor has received two prior Notices,

Movant will file an Affidavit of Default with the Court and the stay shall be immediately lifted without further Order or proceedings in this Court to permit the imposition of lien and/or foreclosure proceedings to be instituted.

6. The ten day stay of the relief from stay pursuant to Rule 4001 (a)(3) is hereby waived.

Consented to by:

/s/James R. Logan
JAMES R. LOGAN
Attorney for Debtor

/s/ Michael S. Neall
MICHAEL S. NEALL
Attorney for Movant

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

/s/ Michael S. Neall
Michael S. Neall, #25400

cc:

James R. Logan
Attorneys for Debtor/Respondent

Michael S. Neall
Attorneys for Movant

Rebecca A. Herr
Trustee

**End of Order**